IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERMAINE LAWRENCE HENDERSON,

    Plaintiff,

v.                                                                    Case No.  4:19cv616-MW/MAF

BEST BUY AUTOMOTIVE, LLC,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 5.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order."  The Clerk shall also close the file.

**SO ORDERED on April 27, 2020.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**